DAVID M. PIERSON *v.* STATE OF CONNECTICUT ET AL.
(8111)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued March 8—decision released March 14, 1990

*David S. Golub,* with whom, on the brief, was *Tanina Rostain,* for the appellant (petitioner).

*Harry Weller,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Mary Elizabeth Baran,* assistant state's attorney, for the appellee (respondent).

PER CURIAM. There is no error.